450 A.2d 211

Commonwealth v. Thomas, Appellant.
Petition for Allowance of Appeal
Denied Dec. 22, 1982.

Submitted October 5, 1981. Sandor Engel, for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Order affirmed.